# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:10-CR-0005-02** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **ALEXAMUEL GLENN, JR.** | : | |

## **ORDER**

AND NOW, this 12th day of May, 2010, upon consideration of the *pro se* motion (Doc. 56), filed by defendant Alexamuel Glenn, Jr. ("Glenn"), to replace counsel, L. Rex Bickley, Esquire ("Attorney Bickley"), wherein Glenn avers that he "does not trust [Attorney Bickley] to defend me in such a very serious case," (id.), and therefore requests new court-appointed counsel, and it appearing that Attorney Bickley has filed a response (Doc. 58) to the motion, wherein he states that "all outstanding issues which Defendant raised in his pro se motion have been addressed," (id.), and indicates that Glenn "no longer wishes Counsel to withdraw," (id.), it is hereby ORDERED that Glenn shall file, on or before May 19, 2010, a response stating whether he wishes to withdraw the motion (Doc. 56) to replace counsel. Attorney Bickley shall be responsible for ensuring that Glenn receives a copy of this court order in a timely manner.

   S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge