# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:10-CR-0005-02** |
| | : | |
| **v.** | : | **(Judge Conner)** |
| | : | |
| **ALEXAMUEL GLENN, JR.** | : | |

## **ORDER**

AND NOW, this 26th day of May, 2010, upon consideration of the *pro se* motion (Doc. 56), filed by defendant Alexamuel Glenn, Jr. ("Glenn"), to replace counsel, L. Rex Bickley, Esquire ("Attorney Bickley"), the response (Doc. 58) filed by Attorney Bickley, wherein he states that Glenn "no longer wishes Counsel to withdraw," (id.), and the response (Doc. 65) filed by Glenn, wherein Glenn states that he and Attorney Bickley "have spoken and worked out whatever differences we . . . had," (Doc. 65-2), it is hereby ORDERED that Glenn's response (Doc. 65) is CONSTRUED as a motion to withdraw the motion (Doc. 56) to replace counsel and is GRANTED as so construed.

                                                S/ Christopher C. Conner
                                                CHRISTOPHER C. CONNER
                                                United States District Judge