# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 1:10-CR-005-02 |
| v. | : (Judge Conner) |
| **ALEXAMUEL GLENN, JR.** | : |
| Defendant | : |

## ORDER

AND NOW, this 22nd day of October, 2010, upon consideration of the motion (Doc. 297), filed by L. Rex Bickley, Esquire ("Attorney Bickley"), counsel for defendant Alexamuel Glenn, Jr. ("Glenn"), wherein Attorney Bickley requests that the court permit him to withdraw as counsel, and upon further consideration of the motion (Doc. 301) filed by Glenn, wherein Glenn requests new counsel, and it appearing that irreconcilable differences have arisen between Glenn and Attorney Bickley,[1] see 18 U.S.C. § 3006a(c) ("[T]he court may, in the interests of justice, substitute one appointed counsel for another at any stage of the proceedings."); United States v. Welty, 674 F.2d 185, 188 (3d Cir. 1982) (identifying "a complete breakdown in communication" or "an irreconcilable conflict with [one's] attorney" as cause for appointing substitute counsel); see also PA. RULES PROF'L CONDUCT R.

---

[1] In his motion, Attorney Bickley avers that Glenn "no longer has the required trust and confidence in counsel's representation and that irreconcilable differences have arisen that make continued representation by present appointed counsel ill advised and not in the interest of the Defendant or appointed counsel." (Doc. 297 ¶ 6). Glenn's motion (Doc. 301) filed October 15, 2010, agrees with Attorney Bickley's statements. Therefore, the court concludes that it is in the interests of justice to substitute a new appointed counsel for Attorney Bickley.

1.7, 1.16; UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA, CRIMINAL JUSTICE ACT PLAN at 8 (2005), it is hereby ORDERED that:

1. The motion (Doc. 297) to withdraw as counsel filed by L. Rex Bickley Esquire is GRANTED.

2. The motion (Doc. 301) to dismiss counsel filed by Glenn is GRANTED.

3. The appointment of L. Rex Bickley, Esquire, as counsel for defendant in the above-captioned case is TERMINATED.

4. Casey Shore, Esquire, 2411 North Front Street, Harrisburg, Pennsylvania 17110, telephone number (717) 232-9900, is appointed to represent defendant in the above-captioned case.

5. The Clerk of Court is directed to forward all necessary materials to Casey Shore, Esquire, as soon as possible.

6. L. Rex Bickley, Esquire, is directed to provide to Casey Shore, Esquire, the file in the above-captioned case as soon as possible.

   S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge